404 A.2d 1357

Commonwealth v. Terrance B. Warren, Appellant.

Submitted September 15, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

404 A.2d 1358

Commonwealth v. Larry Williams, Appellant.

Submitted March 31, 1978. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

SPAETH, J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.